# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

ALEXANDRIA
NEWPORT NEWS
NORFOLK
RICHMOND

July 28, 2008

Mark Rawlinson
EnviroTech LLC
1517 Technology Drive
Suite 101
Chesapeake, VA 23320

Re: 2:08cv221 Finnish Institute of Marine Research v EnviroTech LLC

Dear Sir:

Pursuant to instructions of the Court, the enclosed document signed by you on behalf of EnviroTech has not been filed. The document and a motion for leave to file a late response must be electronically filed by an attorney admitted to practice in this court.

Very truly yours,

FERNANDO GALINDO, CLERK

By: _____
Lisa Woodcock, Deputy Clerk